UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALHAGI SAMBA, | : |
| Petitioner | : |
| v. | : CIVIL NO. 3:18-CV-0662 |
| | : (Judge Caputo) |
| CRAIG A. LOWE, | : |
| Respondent | : |

**O R D E R**

**AND NOW**, this **7th** day of **FEBRUARY 2020**, in accordance with the Memorandum issued concurrently with this Order, it is **ORDERED** that:

1. Mr. Samba's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court shall **CLOSE** this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**